# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 9/10/2025 |
| Case: 25−11976−pb | Form ID: def7or13 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPRegion02.NYECF@USDOJ.GOV
tr      Thomas C. Frost     info@FrostSDNY13.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Giovanni DiGiulio     44 East 12th Street     Unit 5A     New York, NY 10003

TOTAL: 1