UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

| | : | |
|---|---|---|
| IN RE: | : | CASE NO.: 25-11976-pb |
| | : | |
| | : | CHAPTER: 13 |
| Giovanni DiGiulio, | : | |
| | : | HON. JUDGE: |
| | : | Hon. Philip Bentley |
| Debtor. | : | |
| | : | |
| | : | |
| | : | |

------------------------------------------------------------------X

### NOTICE OF MOTION FOR IN-REM RELIEF FROM AUTOMATIC STAY

**PLEASE TAKE NOTICE,** that upon the application of SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust (together with any successor or assign, "Movant"), the undersigned shall move this Court for an Order, pursuant to 11 U.S.C. § 362(d)(4), for in rem relief from the automatic stay with respect to the real property 44 East 12th Street, Unit 5A, New York, NY 10003 ("Property"); pursuant to 11 U.S.C. § 362 (d)(1); vacating the automatic stay to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtor`s premises; granting Movant reasonable attorney fees and costs; and granting Movant such other and further relief as is just and proper.

This motion shall be heard remotely at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004-1408 on the 6 day of November, 2025 at 10:00 A.M., or as soon thereafter as counsel may be heard.

Judge Bentley is holding all non-evidentiary hearings via Zoom®. Participants are required to register their appearance by 4:00 PM one business day before the scheduled hearing with our

new eCourt Appearances tool, which can be found at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

**PLEASE TAKE FURTHER NOTICE**, that answering affidavits, if any, must be served so as to be received not later than seven (7) days before the return date of this motion.

Dated: Garden City, New York
September 23, 2025

By: /s/  Michael Rozea
Michael Rozea, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150

TO:

Giovanni DiGiulio
44 East 12th Street, Unit 5A
New York, NY 10003
Bankruptcy Pro-Se Debtor

Thomas C. Frost, Esq.
Chapter 13 Standing Trustee, 399 Knollwood Rd , Suite 102
White Plains, NY 10603
Bankruptcy Trustee

Office of the United States Trustee
NY, Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, NY 10004-1408
United States Trustee